Receipt # 11092081
$4,853.76
7/18/11 cg

Receipt # 11092082
$151.17
7/18/11 cg

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NEW YORK

IN RE:
    UNCLAIMED FUNDS

  The funds belonging to the estates of the debtors named on the attached list having

been disbursed in accordance with applicable orders entered in the said cases, and it

  APPEARING that more than ninety (90) days have elapsed since the final notices

For the said cases, it is

    Albert J. Mogavero, the trustee herein, pay to the Clerk of the U. S. Bankruptcy Court for the Western District of New York, the sum of $ 5004.93

IN 2 CHECKS - CHECK # 15639 FOR $ 4853.76 & CHECK 15640 FOR $151.17

        Representing unclaimed funds.

DATED: 7-14-2011

*[signature]*

ALBERT J. MOGAVERO
TRUSTEE

FILED
JUL 1 8 2011
BANKRUPTCY COURT
BUFFALO, NY

| Check Number | Debtor Last Name | Debtor Bk Case # | Amount of Check | Name of Creditor Check Issued To | Creditor Address 1 | Creditor Address 2 | City and State of Creditor | Zip Code |
|---|---|---|---|---|---|---|---|---|
| 166256 | SCHIPANI | 0591077 | 4.00 | ADELPHIA | 355 CHICAGO STREET | | BUFFALO NY | 14204 |
| 167427 | MANNING | 0815597 | 55.05 | CHAPTER 7 TRUSTEE | | | UNKNOWN NY | 14202 |
| 167432 | WATSON | 1010134 | 5.00 | CHAPTER 7 TRUSTEE - MARK WALLACH | | | UNKNOWN NY | 14202 |
| 167433 | ABRAHAM | 0915313 | 5.00 | CHAPTER 7 TRUSTEE - DANIEL BRICK | | | UNKNOWN NY | 14202 |
| 167436 | CARLSON | 0914238 | 5.02 | CHAPTER 7 TRUSTEE - THOMAS GAFFNEY | | | UNKNOWN NY | 14202 |
| 167438 | MCFARLAND | 0910403 | 5.00 | CHAPTER 7 TRUSTEE - THOMAS DOREY | | | UNKNOWN NY | 14202 |
| 168914 | DINITTO | 0602230 | 1.49 | CHAPTER 7 TRUSTEE - WENDY CHRISTOPHERSEN | | | UNKNOWN NY | 14202 |
| 168925 | HUFFMAN | 0601175 | 916.52 | DOWNY, BEVERLY | 20 HIGH ST. | | HOLLEY NY | 14470 |
| 169511 | GRAGLIA | 0418907 | 3,856.68 | DRUCKMAN & SINEL, LLP | 242 DREXEL AVENUE | | WESTBURY NY | 11590 |
| 172603 | GRAWE, JR. | 0590394 | 14.16 | GENERAL ELECTRIC CAPITAL CO % OCHS & GOLDBERG, LLP | 60 EAST 42ND ST., SUITE 154 | NEW YORK NY | 10165 |
| 172613 | PETROCI | 0600445 | 5.81 | LAWRENCE GRAWE, JR. & KATHL | 1329 D'ANGELO DRIVE | | NORTH TONAWANDA NY | 14120 |
| 172638 | CLARK | 0701087 | 18.79 | JOSEPH M PETROCI | 7146 RAPIDS ROAD | | LOCKPORT NY | 14094 |
| 172655 | REYNOLDS | 0812204 | 77.38 | VERONICA L CLARK | 54 FENNIMORE AVE. | | BUFFALO NY | 14215 |
| 172663 | SMEAD | 0814108 | 5.00 | JENNIFER N REYNOLDS | 662 WOODLAND DRIVE | | BUFFALO NY | 14223 |
| 172669 | JULIANO | 0912882 | 5.01 | THOMAS & SANDRA SMEAD | 6452 ROUNDS ROAD | | NEWFANE NY | 14108 |
| 172674 | MORALES | 0914795 | 5.01 | JEFFREY & STACEY JULIANO | 62 HIGHLAND AVENUE | | TONAWANDA NY | 14150 |
| 172675 | O'BRIEN | 0915029 | 5.01 | JESSICA L MORALES | 141 BRAD STREET | | JAMESTOWN NY | 14701 |
| 172680 | HEIMBECKER | 1010897 | 5.00 | ANNETTE O'BRIEN & JAMES O'BR | 13174 TRANSIT LINE ROAD | | SPRINGVILLE NY | 14141 |
| 172682 | WINCHELL | 1011318 | 5.01 | LEANN G HEIMBECKER | 106 HARTFORD ROAD | | AMHERST NY | 14226 |
| 172684 | SAVAGE, JR. | 1013060 | 5.00 | JAMES & MICHELLE WINCHELL | 17 CHESTNUT ST. | | BELFAST NY | 14711 |
| | | | 5.00 | JOSEPH C SAVAGE, JR. | 353 CABLE STREET | | BUFFALO NY | 14206 |

$5,004.93

Case 1-04-18907-MJK    Doc 81    Filed 07/18/11    Entered 07/21/11 10:30:55    Desc Main Document    Page 2 of 2